LOUISE MCN. CRAWFORD, Appellant, *v.* SAMUEL MCROBERTS et al., Defendants, and MANUFACTURERS TRUST COMPANY, Respondent.

Argued September 30, 1940; decided October 18, 1940.

*Alfred B. Nathan, A. J. Asche* and *Louis P. Frank* for appellant.

*Alonzo L. Tyler* and *Leonard G. Bisco* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.